# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

Michael Suhr, Individually and on Behalf of All Others Similarly Situated

**Plaintiff**

Case No.: 0:24-cv-61492-AHS

*vs.*

Jerico Pictures, Inc. d/b/a National Public Data

**Defendant**

## AFFIDAVIT OF SERVICE

I, Scott Devin Heller, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons in a Civil Action, Class Action Complaint with Exhibits, Civil Cover Sheet and Notice of Judge Assignment in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 08/26/2024 at 10:01 AM, I served Jerico Pictures, Inc. d/b/a National Public Data c/o Salvatore Verini, Jr., Registered Agent at 1801 NW 126th Way, Coral Springs, Florida 33071 with the Summons in a Civil Action, Class Action Complaint with Exhibits, Civil Cover Sheet and Notice of Judge Assignment by serving Salvatore Verini, Jr., Registered Agent, authorized to accept service.

Salvatore Verini, Jr. is described herein as:

Gender: Male   Race/Skin: White   Age: 51-56   Weight: 175-180   Height: 5'11"-6'4"   Hair: Black   Glasses: Yes

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

9/12/24
Executed On

Scott Devin Heller

Client Ref Number: 2001-413
Job #: 2008671

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MICHAEL SUHR, individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>JERICO PICTURES, INC., d/b/a NATIONAL PUBLIC DATA<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 0:24-cv-61492-AHS<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jerico Pictures Inc. d/b/a National Public Data
1801 NW 126th Way
Coral Springs, FL 33071

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Adam C. Linkhorst (FL Bar No. 55379)
LINKHORST LAW FIRM, P.A.
4495 Military Trail, Suite 106
Jupiter, FL 33458

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



Date: Aug 15, 2024

Angela E. Noble
Clerk of Court

SUMMONS

s/ A. Rodriguez
Deputy Clerk
U.S. District Courts